B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Georgia - Atlanta Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tortilleria El Maizal, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**58-1577988** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1920 Shiloh Road NW**<br>**Building 4**<br>**Kennesaw, GA**     ZIP Code **30144** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cobb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):     **1092 Marietta Industrial Drive**  **Marietta, GA 30062** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)   ■ (checked)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- ■ Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | ■ | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | ■ | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | ■ | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(04/13) <div style="float:right">Page 2</div>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Tortilleria El Maizal, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)
Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tortilleria El Maizal, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ G. Frank Nason, IV**
Signature of Attorney for Debtor(s)

**G. Frank Nason, IV 535160**
Printed Name of Attorney for Debtor(s)

**Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**
Firm Name

**3343 Peachtree Road, N.E.**
**Ste. 550**
**Atlanta, GA 30326**

Address

**404-262-7373  Fax: 404-262-9911**
Telephone Number

**May  5, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jose Reyes**
Signature of Authorized Individual

**Jose Reyes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  5, 2013**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  __Tortilleria El Maizal, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AZTECA MILLING CO.<br>PO BOX 843769<br>DALLAS, TX 75284-3769 | AZTECA MILLING CO.<br>PO BOX 843769<br>DALLAS, TX 75284-3769 | | | 1,467,596.89 |
| PENSKE GA NEW ACCNT.<br>3011 BARRET LAKES BLVD<br>KENNESAW, GA 30144 | PENSKE GA NEW ACCNT.<br>3011 BARRET LAKES BLVD<br>KENNESAW, GA 30144 | | | 520,162.22 |
| INTERNATIONAL GOURMET<br>6030 BETHELVIEW RD, STE 203<br>CUMMING, GA 30040 | INTERNATIONAL GOURMET<br>6030 BETHELVIEW RD, STE 203<br>CUMMING, GA 30040 | | | 438,283.90 |
| ADM MILLING CO.<br>8000 W. 110 ST<br>OVERLAND PARK, KS 66210-2312 | ADM MILLING CO.<br>8000 W. 110 ST<br>OVERLAND PARK, KS 66210-2312 | | | 263,712.46 |
| ALLIED BLENDING INGREDIENTS<br>121 ROYAL RD<br>KEOKUK, IO 52632-2264 | ALLIED BLENDING INGREDIENTS<br>121 ROYAL RD<br>KEOKUK, IO 52632-2264 | | | 147,201.38 |
| 21 ST CENTURY BEAN PROCESSING<br>715 EAST 2ND ST<br>PO BOX 6<br>SHARON SPRING, KS 67758 | 21 ST CENTURY BEAN PROCESSING<br>715 EAST 2ND ST<br>PO BOX 6<br>SHARON SPRING, KS 67758 | | | 127,488.75 |
| CARAVAN INGREDIENTES<br>7905 QUIVIRA RD<br>LENEXA, KS 66215 | CARAVAN INGREDIENTES<br>7905 QUIVIRA RD<br>LENEXA, KS 66215 | | | 124,147.05 |
| JEM SALES INCORPORATED<br>PO BOX 1634<br>ROME, GA 30162-1634 | JEM SALES INCORPORATED<br>PO BOX 1634<br>ROME, GA 30162-1634 | | | 120,757.00 |
| PHENIX SPECIALTY FILMS<br>PO BOX 15452<br>FERNANDINA BCH, FL 32035 | PHENIX SPECIALTY FILMS<br>PO BOX 15452<br>FERNANDINA BCH, FL 32035 | | | 100,532.94 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Tortilleria El Maizal, Inc.**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| SPECIALTY FOODS DIST INC.<br>3232 ENTERPRISE AVE<br>JOPLIN, MO 64801 | SPECIALTY FOODS DIST INC.<br>3232 ENTERPRISE AVE<br>JOPLIN, MO 64801 | | | 89,194.40 |
| ADM EDIBLE BEAN SPECIALTIES<br>4666 FARIES PKWY<br>DECATUR, IL 62526 | ADM EDIBLE BEAN SPECIALTIES<br>4666 FARIES PKWY<br>DECATUR, IL 62526 | | | 80,564.00 |
| SUWANNEE SALES<br>5528 BUNKY WY<br>DUNWOODY, GA 30338 | SUWANNEE SALES<br>5528 BUNKY WY<br>DUNWOODY, GA 30338 | | | 77,316.00 |
| SPICES USA, INC.<br>741 W. 17TH ST<br>HIALEAH, FL 33010 | SPICES USA, INC.<br>741 W. 17TH ST<br>HIALEAH, FL 33010 | | | 77,286.80 |
| LA TORTILLERIA, INC.<br>617 WAUGHTOWN ST<br>WINSTON SALEM, NC 27107 | LA TORTILLERIA, INC.<br>617 WAUGHTOWN ST<br>WINSTON SALEM, NC 27107 | | | 71,102.38 |
| PACKAGING ATLANTA<br>291 N. IND WY<br>CANTON, GA 30115 | PACKAGING ATLANTA<br>291 N. IND WY<br>CANTON, GA 30115 | | | 67,711.24 |
| XTRA LEASE<br>1800 WATER PL, STE 200<br>ATLANTA, GA 30339 | XTRA LEASE<br>1800 WATER PL, STE 200<br>ATLANTA, GA 30339 | | | 63,177.09 |
| MARIETTA POWER 17545<br>675 N. MARIETTA PKWY<br>MARIETTA, GA 30060-1528 | MARIETTA POWER 17545<br>675 N. MARIETTA PKWY<br>MARIETTA, GA 30060-1528 | | | 62,915.54 |
| CORMIER RICE MILLING CO<br>501 W. THIRD<br>PO DRAWER 152<br>DEWITT, AR 72042-0152 | CORMIER RICE MILLING CO<br>501 W. THIRD<br>PO DRAWER 152<br>DEWITT, AR 72042-0152 | | | 58,800.00 |
| AMERICAN EXPRESS 35002<br>PO BOX 650448<br>DALLAS, TX 75265 | AMERICAN EXPRESS 35002<br>PO BOX 650448<br>DALLAS, TX 75265 | | | 53,698.05 |
| HOT MEXICAN PEPPER, INC<br>2215 W. 47TH ST<br>CHICAGO, IL 60609 | HOT MEXICAN PEPPER, INC<br>2215 W. 47TH ST<br>CHICAGO, IL 60609 | | | 50,849.55 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Tortilleria El Maizal, Inc.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **May  5, 2013**                        Signature   **/s/ Jose Reyes**
                                                            **Jose Reyes**
                                                            **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   **Tortilleria El Maizal, Inc.** _____

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  5, 2013** _____

**/s/ Jose Reyes** _____
**Jose Reyes/President**
Signer/Title

## CERTIFIED COPY OF RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
## TORTILLERIA EL MAIZAL, INC.

I, Jose Reyes, the duly elected and qualified President ("President") of Tortilleria El Maizal, Inc. (the "Company"), do hereby certify that the following resolutions were adopted by the Board of Directors of the Company at a meeting duly called and held on May 5, 2013, and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia be, and it hereby is, approved, and the President is authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that the President and other officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., to render legal services to, and to represent, the Company in connection with such bankruptcy proceedings and other related matters in connection therewith, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the President and other officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company the firm of GGG Partner, LLC., to render financial and advisory services to the Company in connection with such bankruptcy proceedings and other related matters in connection therewith, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the bankruptcy proceedings of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 5th day of May, 2013.

_____
Jose Reyes, President
Tortilleria El Maizal, Inc.

21 ST CENTURY BEAN PROCESSING
715 EAST 2ND ST
PO BOX 6
SHARON SPRING, KS 67758


ABLE CO.
124 FOREST PKWY, STE A
FOREST PARK, GA 30297


ACTION PEST CONTROL (IN)
2301 S. GREEN RIVER RD
EVANSVILLE, IN 47715


ADM EDIBLE BEAN SPECIALTIES
4666 FARIES PKWY
DECATUR, IL 62526


ADM MILLING CO.
8000 W. 110 ST
OVERLAND PARK, KS 66210-2312


ADVANCE FOODS SERVICE
1155 ALLGOOD RD, STE 5
MARIETTA, GA 30062


ADVANCED DISPOSAL
8880 OLD FEDERAL RD
BALL GROUND, GA 30107


ADVANCED DISPOSAL INDIANA
PO BOX 6484
CAROL STREAM, IL 60197-6484


ADVANTAGE FIRE SPRINKLER CO
2300 EAST FORK ALCOVY RD
DACULA, GA 30019

AFFORADABLE TESTING
PO BOX 1094
ACWORTH, GA 30101


AFLAC
ATTN: RE PROCESSING SER
1932 WYNNTON RD
COLUMBUS, GA 31999-0797


AIRGAS SAFETY INC.
W3645 AIRGAS SAFETY
PO BOX 7777
PHILADELPHIA, PA 19175-0001


ALABAMA DEPT OF REVENUE
50 N. RIPLEY ST
MONTGOMERY, AL 36132


ALLIANCE PLASTICS
2805 COMMERCE DR
ROCK HILL, SC 29730


ALLIED BLENDING INGREDIENTS
121 ROYAL RD
KEOKUK, IO 52632-2264


AMERICAN EXPRESS -11007
PO BOX 360002
FT LAUDERDALE, FL 33336-0002


AMERICAN EXPRESS 35002
PO BOX 650448
DALLAS, TX 75265


ANTONIO BAUTISTA
16 FORREST PARK, #213
FORREST PARK, GA 30297

AP PRODUCTS
PO BOX 2335
GRANITE BAY, CA 95746


APPLIED INDUST TECH.
22510 NETWORK PL
CHICAGO, IL 60673-1225


ARGUZ SPORTSWEAR LLC
2694 HENDERSON CHASE CR
TUCKER, GA 30084


ASG SECURITY
PO BOX 601686
CAHRLOTTE, NC 28260-1686


AT&T
PO BOX 105262
ATLANTA, GA 30348-5262


AT&T
PO BOX 105262
ATLANTA, GA 30348-5262


AT&T  WIRELESS JOSE REYES
PO BOX 6463
CAROL STREAM, IL 60197-6463


ATKINS
ALARM SYSTEMS INC
PO BOX 777
HOLLY SPRINGS, GA 30142


ATLANTIC PAPER INC
PO BOX 3086
INDIAN TRAIL, NC 28079

Attorney General of Georgia
132 State Judicial Bldg
Atlanta, GA 30334


AVAYA FINANCIAL SERVICES
PO BOX 5125
CARO STREAM, IL 60197-5125


AZTECA MILLING CO.
PO BOX 843769
DALLAS, TX 75284-3769


BAILY INTERNATIONAL OF ATLANTA
3900 GREEN IND WY
CHAMBLEE, GA 30341


BC TRADING CORP.
PO BOX 888013
ATLANTA, GA 30356


BEARINGS AND DRS
PO BOX 116733
ATLANTA, GA 30368-6733


BECKER MARKETING SERVICES INC
PO BOX 944
MONROE, GA 30655


BIG CAT RESTAURANT SUPPLY
4137 WYNDAM HILL DR
SUWANEE, GA 30024


BODEGA MEXICANA WHOLESALE INC
6060 MANCHESTER AVE.
ST LOUS, MO 63110

BRIGGS EQUIPMENT
LOCK BOX 841272
DALLAS, TX 75284-1272


CALIFORNIA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067


CAMP INDUSTRIES, INC
38 SUPERIOR DR SE
ROME, GA 30161


CAMP INDUSTRIES, INC
PO BOX 833
ROME, GA 30162-0833


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


CARAVAN INGREDIENTES
7905 QUIVIRA RD
LENEXA, KS 66215


CEI-THE DIGITAL OFFICE
PO BOX 90635
RALEIGH, NC 27675


CHARLEY AND SONS
PO BOX 216
FOREST PARK, GA 30298


CHEMTREC
2900 FAIRVIEW PARK
FALLS CHURCH, VA 22042-4513

CHOICE CARE OCCUPATIONAL
791 OAK ST
HAPEVILLE, GA 30354


CHOICE ONE
DEPT #157701
PO BOX 55000
DETROIT, MI 48255-1577


CHRISTIAN COUNTY GRAIN INC
PO BOX 87
DUFFY, ST 42266-0087


CINTAS FIRST AID 7 SAF(GA)
1705 CORPORATE DR, STE 440
NORCROSS, GA 30093


CITY OF DECATUR
402 LEE ST NE
DECATUR, AL 35602


CITY OF GENEVA
200 N. COMMERCE ST
PO BOX 326
GENEVA, AL 36340


CITY OF HUNTSVILLE AL
308 FOUNTAIN CIR
HUNTSVILLE, AL 35801


CITY OF MADISON
PO BOX 99
MADISON, AL 35758


CITY OF MUSCLE SHOALS
PO BOX 2624
MUSCLE SHOALS, AL 35662

COBB COUNTY TAX COMMISIONER
ATTN GLORIA MCNAIR, COLLECTOR
PO BOX 649
MARIETTA, GA 30061-0649


Cobb County Tax Commissioner
100 Cherokee St Ste. 250
Marietta, GA 30090


COBB COUNTY WATER SYSTEM
PO BOX 58044
CHARLOTTE, NC 28258-0440


Cobb EMC
1000 EMC Parkway
Marietta, GA 30060


COBB EMC  9307950000
PO BOX 369
MARIETTA, GA 30061-0369


COBB HARDWARE CO. INC.
380 ROSWELL ST SE
MARIETTA, GA 30060


COBB RENTAL SERVICES INC.
1355 CNTON RD
MARIETTA, GA 30066


Cobb Water
660 South Cobb Dr, SE
Marietta, GA 30060-3105


COMEAU TECHNIQUE LTD
440 AIME VINCENT
VAUDREVIL DORION, QC JTV5V5

COMERCIAL AARMES SA DE CV
2DA AVE, #206
COL CUMBRES 1ER SECTOR
MONTERREY, NL 64610


COMPLETE WATER SERVICES, LLC
340 CHEROKEE ST
MARIETTA, GA 30060


CONTAINER SERVICE CORP.
PO BOX 70
RINGGOLD, GA 30736


COOK'S PEST CONTROL
PO BOX 1545
MARIETTA, GA 30061


CORMIER RICE MILLING CO
501 W. THIRD
PO DRAWER 152
DEWITT, AR 72042-0152


CORN FLOUR PRODUCERS, LLC
RR 2, BOX 376 HWY 67
WORTHINGTON, IN 47471


COUNTY OF GENEVA
200 N. COMMERCE ST
PO BOX 326
GENEVA, AL 36340


COUNTY OF ORANGE
PO BOX 989067
WEST SACRAMENTO, CA 95798-9067


CRAFTMAN CHEMICAL, CORP.
PO BOX 680721
MARIETTA, GA 30068

CROWN EQUIP INDIANA
PO BOX 641173
CINCINATI, OH 45264-1173


CULLMAN COUNTY ALABAMA
500 2ND AVE SW, #102
CULLMAN, AL 35055


DADE PAPER
6000 HARTMAN IND CT
AUSTELL, GA 30168


DAVID A CULLER
2100 RIVEREDGE PKWY, STE 200
ATLANTA, GA 30328


DEACONESS/MEC MEDICAL CENTER
329 W. COLUMBIA ST
EVANVILLE, IN 47710


DEAN FOODS OF WISCONSIN
PO BOX 8390
METAIRIE, LA 70011-8390


DEKO INTERNATIONAL
700 PINNACLE CT NW
STE 150, BLDG 1200
NORCROSS, GA 30071


DELTACOM 1058
1375 PEACHTREE ST
ATLANTA, GA 30309


DIAMOND SPRINGS WATER
PO BOX 38668
RICHMOND, VA 23231

DIGITAL AGENT
1000 CIR 75 PKWY, STE 550
ATLANTA, GA 30339


DIRECT CAPITAL
155 COMMERCE WY
PORTSMOUTH, NH 03801


DIRECT PAPER SUPPLY
1721 MAPLE LN AVE
HAZEL PARK, MI 48030


DOMINO AMJET INC
135 S. LASALLE ST
DEPT 3809
CHICAGO, IL 60674-3809


DURABLE PACKAGING INTERNATIONA
750 N.GATE PKWY
WHEELING, IL 60090


EARTHLINK
PO BOX 2252
BIRMINHAM, AL 35246-1058


EL JAROCHO, INC.
160 FOREST PKWY, BLD P
FOREST PARK, GA 30297


EL MAIZAL OF THE S. INC
400 COUNTY PL PKWY, STE A
PEARL, MS 39208


EMPACADORA DE GOLFO DE MEXICO
AV FRAMBOYANES 1393
CD. IND BRUNO PAGLIAI
VERACRUZ, MX 91597

EMPACADORA SAN MARCOS USA, LTD
PO BOX 41125
HOUSTON, TX 77040


ESSENTIAL FOOD DISTRIBUTORS
1315 READ ST, UNIT T
EVASNVILLE, IN 47710


EVANSVILLE IN WATERWORKS DEP
1 NW MLK JR BLVD, RM 104
EVANSVILLE, IN 47740


FALCON RICE MILL INC.
PO BOX 771
CROWLEY, LA 70527


FEDERAL EXPRESS (GA) 2606-3416
PO BOX 660481
DALLAS, TX 75266-0481


FLEET ONE
613 Bakertown Rd
Antioch, TN 37013


FLORIDA DEPT OF REVENUE
5050 W. TENNESSEE ST
TALLAHASSEE, FL 32399-0100


FOOD EQUIPMENT MFG
2845 DURFEE AVE
EL MONTE, CA 91732


FOOD WY, U.S.A. CORP
150 FOREST PKWY
FOREST PARK, GA 30297

```
FREIGHT
14630 SW 156 AVE
MIAMI, FL 33196


FSI
PO BOX 61428
RALEIGH, NC 27661


G & I INDUSTRIES, INC
PO BOX 1262
BALDWIN PARK, CA 91706


GARLAND C NORRIS CO.
1101 PERRY RD
APEX, NC 27502


Gas South
PO Box 530552
Atlanta, GA 30353-0552


Gas South
PO Box 530552
Atlanta, GA 30353-0552


GAS SOUTH
PO BOX 550552
ATLANTA, GA 30353-0552


GC INGREDIENTS INC.
1314 OAK LEAF LN
SALISBURG, NC 28146


GE CAPITAL 7728838-001
PO BOX 740441
ATLANTA, GA 30374-0441
```

GEORGIA DEP. OF AGRICULTURE
19 MLK JR. DR, RM 306
ATLANTA, GA 30334


Georgia Dept of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321


GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD
ATLANTA, GA 30345


GNRR (MISC)
109 MARR AVE
MARIETTA, GA 30060


GORRIE &REGAN
2927 CENTRAL AVE.
BIRMINGHAM, AL 35209


GULF PACKAGING, LLC
158 AMERICAN WY
MADISON, MS 39110


GW EQUIPMENT, INC.
600 LAWTON RD
CHARLOTTE, NC 28216-3437


H & B INDUSTRIES, INC.
PO BOX 29838
DALLAS, TX 75229


HIRZEL CANNING CO
411 LEMOYNE RD
.
TOLEDO, OH 43619

HLB GROSS COLLINS, INC.
3330 CUMBERLAND BLVD, STE 900
ATLANTA, GA 30339


HOGAN MOTOR LEASING, INC.
1000 N. 14 ST
STLOUIS, MO 63106


HOME CITY ICE
650 DIVISION ST
EVANSVILLE, IN 47711


HOT MEXICAN PEPPER, INC
2215 W. 47TH ST
CHICAGO, IL 60609


ILLINOIS DEPT OF REVENUE
PO BOX 19013
SPRINGFIELD, IL 62794-9013


IN STATE CENTRAL COLLECTIONS UNIT
PO BOX 6219
INDIANAPOLIS, IN 46206-6219


INDIANA DEPT OF REVENUE
PO BOX 7206
INDIANAPOLIS, IN 46207-7206


INDUSTRIAL PACKAGING CORP
300 VILLANOVA DR SW
ATLANTA, GA 30336


INDUSTRIAL TAPE & SUPPLY CO.
1061 KING IND DR
MARIETTA, GA 30062

```
INSTANTWHIP-INDIANAPOLIS INC
9125 BURK RD
INDIANAPOLIS, IN 46229


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St.
Stop-334D
Atlanta, GA 30308


INTERNATIONAL GOURMET
6030 BETHELVIEW RD, STE 203
CUMMING, GA 30040


IOWA DEPT OF REVENUE
PO BOX 10412
DESMOINES, IA 30506-0465


IPFS CORPORATION GAA-59228
PO BOX 905849
CHARLOTTE, NC 28290-5849


J T IMPORTS, INC.
3900 GREEN IND WY
CHAMBLEE, GA 30341


JC FORD
901 LESLIE ST
LA HABRA, CA 90631-6812


JEM SALES INCORPORATED
PO BOX 1634
ROME, GA 30162-1634
```

JERRY ADLER COMPANY
1199 OXFORD CT
HIGHLAND PARK, IL 80035


JOHN HANCKOCK LIFE INSURANCE
SPECIALTY PRODUCT DIST
PO BOX 192
BOSTON, MA 02117-0192


JOHNSON COUNTY PUBLIC UTILITIE
PO BOX 63025
CHARLOTTE, NC 28263-3025


JOHNSTON COUNTY TAX COLLECTOR
PO BOX 451
SMITHFIELD, NC 27577-0451


Johnston Cty Dept Public Utili
PO Box 2234
309 E. Market St.
Smithfield, NC 27577


KAISER PERMANENTE
PO BOX 403012
ATLANTA, GA 30384-3012


KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA, KS 66625-2007


KAUFFMAN TIRE
2832 ANVIL BLOCK RD
ELLENWOOD, GA 30294


KB SYSTEMS
90 JACKTOWN RD
BANGOR, PA 18013

KENTUCKY DEPT OF REVENUE
SALES DIV/USE TAX, STATION 67
PO BOX 181
FRANKFORT, KY 40602-0181


KONICA MINOLTA BUSINESS SOLUTI
21146 NETWORK PL
CHICAGO, IL 60673-1211


KOORSEN PROTECTION SERVICES
2719 N. ARLINGTON AVE
INDIANAPOLIS, IN 46218-3322


LA COSECHA
1123 COBB PKWY S
MARIETTA, GA 30060


LA FORTUNA CASH AND CARRY
4666 LAKE MIRROR PL
FOREST PARK, GA 30297


LA LECHONERA PRODUCTS
2161-N.W. 22 CT
MIAMI, FL 33142


LA MORENA DISTRIBUTORS INC
EIDSON RD/OLMO ST
PO BOX 783
EAGLE PASS, TX 78852


LA PIEDAD SUPERMERCADO
6501 HWY 92, STE 100
ACWORTH, GA 30102


LA TORTILLERIA, INC.
617 WAUGHTOWN ST
WINSTON SALEM, NC 27107

```
LABEL LINE LTD
5356 NC HWY 49 SOUTH
ASHEBORO, NC 27205


LASCO FOODS, INC.
4553 GUSTINE AVE
ST LOUIS, MO 63116


LEO'S FOODS
3200 NORTHERN CROSS BLVD
FORT WORTH, TX 76137


LIMESTONE COUNTY
CLINTON ST COURT HOUSE ANNEX
100 S. CLINTON-1ST FL, STE A
ATHENS, AL 35611


LORD'S
PO BOX 1000
DEXTER, GA 31019


LOS AMIGOS TORTILLA MFG, INC.
251 ARMOUR DR, NE
ATLANTA, GA 30324-3979


LOUISIANA DEPT OF REVENUE
PO BOX 3138
BATON ROUGE, LA 70821-3138


MAC SOURCE
101 GREAT SW PKWY
ATLANTA, GA 30336


MAGNATEC INDUSTRIES
100 AARONWOOD CT
ALPHARETTA, GA 30004
```

MAJESTIC WADE GREEN LLC
13191 CROSSROADS PKWY N
6TH FLOOR
CITY OF INDUSTRY, CA 91746


Marietta Power
675 North Marietta Pkwy
Marietta, GA 30060-1528


MARIETTA POWER 17545
675 N. MARIETTA PKWY
MARIETTA, GA 30060-1528


MAYSON'S FOOD PRODUCTS
1200 ALPHA DR
ALPHARETTA, GA 30004


MEDICAL
533 W. COLUMBIA ST
EVASNVILLE, IN 47710-1617


MERCADO HISPANO
6519 WARREN DR
NORCROSS, GA 30093


MET LIFE- GROUP BENEFITS
PO BOX 804466
KANSAK CITY, MO 64180-4466


METAUGUS, INC.
3570 LEE CHAPEL RD
CEDARTOWN, GA 30125


METRO BAGS LLC
1150 COBB INTL PL, STE A
KENNESAW, GA 30152

MEXILINK INCORPORATED
11767 KATY FREEWAY, STE 1040
HOUSTON, TX 77079


MI PUEBLO FOOD SERVICE
68 N. GALE ST, STE E
INDIANAPOLIS, IN 46201


MICHIGAN DEPT OF TREASURY
DEPT 77003
DETROIT, MI 48277-0003


MINNESOTA DEPT OF REVENUE
600 N. ROBERT ST
ST PAUL, MN 55101


MINSA CORPORATION
4401 82ND ST, STE 1150
LUBBOCK, TX 79424


MISSISSIPPI DEPT OF REVENUE
PO BOX 22808
JACKSON, MS 39225-2808


MISSOURI DEPT OF REVENUE
PO BOX 3345
JEFFERSON CITY, MO 65105-3345


MORGAN COUNTY
PO BOX 1848
DECATUR, AL 35602


NEBRASKA DEPT OF REVENUE
301 CENTENNIAL MALL S, 2ND FL
PO BOX 94818
LINCOLN, NE 68509-4818

NEXAIR
PO BOX 125
MEMPHIS, TN 38101-0125


NEXTCARE
2550 N. THUNDERBIRD CIR
SUITE 123
MESA, AR 82515-1217


NISSAN MOTOR ACCEPTANCE CORP
PO BOX 660083
DALLAS, TX 75266-0083


NMHG FINANCIAL
PO BOX 643749
PITTSBURGH, PA 15264-3749


NONG SHIM AMERICA, INC.
38 BROADWAY RD
CRANDBURY, NJ 08512


NORTH CAROLINA DEPT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0002


NY STATE DEPT OF TAXATION & FINANCE
PO BOX 5300
ALBANY, NY 12205-0300


OCUPATIONAL HEALTH CENTERS OF
PO BOX 82730
HAPEVILLE, GA 30354


OGDEN FORKLIFTS
PO BOX 43606
ATLANTA, GA 30336

OHIO DEPT OF TAXATION
PO BOX 16560
COLUMBUS, OH 43216-6560


OKLAHOMA TAX COMMISSION
PO BOX 26850
OKLAHOMA CITY, OK 73126-0850


ORMANDY INC.
PO BOX 931593
NORCROSS, GA 30003-1593


ORTHODOX UNION (MISC)
11 BROADWAY
NEW YORK, NY 10004


PACIFIC BLOOMS OF FLORIDA
8305 NW 27TH ST
DORAL, FL 33122


PACIFIC LIFE
PO BOX 2030
OMAHA, NE 68103-2030


PACKAGING ATLANTA
291 N. IND WY
CANTON, GA 30115


PACKAGING CORP OF AMERICA
PO BOX 532058
ATLANTA, GA 30353


PADILLA IMPORT SALES & MARKETI
2198 EDISON RD
EAGLE PASS, TX 78852

PALACIOS & SON'S L.L.C.
PO BOX 2705
SAN ANTONIO, TX 78299


PC MALL
FILE 55327
LOS ANGELES, CA 90074-5327


PEMCO
PO BOX 641
LITHONIA, GA 30058-0641


PENNSYLVANIA DEPT OF REVENUE
44 E BROAD ST
BETHLEHEM, PA 18018


PENSKE GA NEW ACCNT.
3011 BARRET LAKES BLVD
KENNESSAW, GA 30144


PFG MILTON'S
3501 OLD OAKWOOD RD
OAKWOOD, GA 30566


PHENIX SPECIALTY FILMS
PO BOX 15452
FERNANDINA BCH, FL 32035


PITNEY BOWES
PO BOX 856390
LOUISVILLE, KY 40285-6390


PREMIER SCALES & SYSTEMS
PO BOX 6258
EVANSVILLE, IN 47719

PRIME INGREDIENTS, INC.
280 N. MIDLAND AVE, STE 316
SADDLE BROOKS, NJ 07663


PRINTPACK
PO BOX 102430
ATLANTA, GA 30368


PRO PACK SOLUTIONS, INC.
PO BOX 370
LOGANVILLE, GA 30052


Progress Energy Carolinas
Raleigh, NC 27698-0001


PROGRESS ENERGY CAROLINAS
PO BOX 2041
RALEIGH, NC 27602


QUAKER
QUAKER SALES & DIST
PO BOX 644943
PITTSBURGH, PA 15264-4926


RAINBOW CITY
3700 RAINBOW DR
RAINBOW CITY, AL 35906


RALEY IND SALES
6063 PEACHTREE PKWY, STE 102-B
NORCROSS, GA 30092-3302


RED GOLD INC.
PO BOX 71862
CHICAGO, IL 60694-1862

REGIONS BANK
PO BOX 11407
BIRMINHAM, AL 35246-0019


Regions Bank
6636 Church Street
Douglasville, GA 30134


Regions Equipment Finance Corp
1900 5th Ave N, PO Box 2545
Mailcode ALBH12401B
Birmingham, AL 35202


RENTCO TRAILER SERVICES, LLC
2807 SABLE MILL LN
JEFFERSONVILLE, IN 47130


REPUBLIC SERVICES 2721736
PO BOX 9001099
LOUISVILLE, KY 40290-1099


RESTAURANT DEPOT
1455 ELLSWORTH IND BLVD
ATLANTA, GA 30318-4156


RICKS EQUIPMENT REPAIR
PO BOX 357
WILSON'S MILLS, NC 27593


RIGO'S SHEET METAL
14501 JOANBRIDGE ST
BALDWINPARK, CA 91706


RINDT-MCDUFF ASSOCIATES
334 CHEROKEE ST
MARIETTA, GA 30060

ROCK TENN
4464 S. OLD PEACHTREE RD
NORCROSS, GA 30071


ROGERSVILLE CITY
74 BANK ST
ROGERSVILLE, AL 35652-7609


ROSARIO REYES
3867 CLUB DR
KENNESAW, GA 30144


ROVEY SEED COMPANY, INC.
1157 ROVEY AVE
FARMERSVILLE, IL 63533


RUSKEN PACKAGING, INC.
64 WALNUT ST
CULLMAN, AL 35056


SALAZAR TRUCKING INC
3914 MOUNTAIN VIEW RD NW
KENNESAW, GA 30152


SAN MIGUEL, INC.  (MISC)
1018-C MORRISVILLE PKWY
MORRISVILLE, NC 27560


SCANA ENERGY
PO BOX 100157
COLUMBIA, SC 29202-3157


SIKES PAPER & CHEMICAL SUPPLY
PO BOX 43803
ATLANTA, GA 30336

SILLIKER, INC.
2169 WEST PARK CT, STE G
STONE MOUNTAIN, GA 30087


SIMMONS LIFT LLC.
PO BOX 669848
MARIETTA, GA 30066


SNEAD MOBILE
42985 ALABAMA 75
ALTOONA, AL 35952


SOS STANDARD OFFICE SYSTEMS
2475 MEADOWBROOK PKWY
DULUTH, GA 30096


SOUTH CAROLINA DEPT OF REVENUE
PO BOX 125
COLUMBIA, SC 29214


SOUTHEASTER PAPER GROUP
PO BOX 890673
CHARLOTTE, NC 28289-0673


SOUTHERN INDIANA BODY WORKS
5716 BOONVILLE HWY
EVANSVILLE, IN 47715


SOUTO FOODS, LLC.
3000 OLD ALABAMA RD
STE 119-154
ALPHARETTA, GA 30022


SPECIALTY FOODS DIST INC.
3232 ENTERPRISE AVE
JOPLIN, MO 64801

SPICES USA, INC.
741 W. 17TH ST
HIALEAH, FL 33010


SPRINT 571657819
PO BOX 4181
CAROL STREAM, IL 60197-4181


ST MARYS OCCUPATIONAL MEDICI
2330 LYNCH RD
ATTN BILING DEPT.
EVANSVILLE, IN 47711-2591


STANDARD COFFEE SERVICE CO.
PO BOX 952748
ST LOUIS, MO 63195-2748


STATE OF ARKANSAS
PO BOX 3566
LITTLEROCK, AR 72203-3566


STATE OF WEST VIRGINIA
STATE TAX DEPT
PO BOX 3784
CHARLESTON, WV 25337-3784


STEVE HARGIS
1199 CRANTOCK RD
SMITHFIELD, NC 27577


STRATAS FOODS LLC
1610 CENTURY CENTER PKWY
SUITE 105
MEMPHIS, TN 38134


STRECHFILM PLUS CORP.
PO BOX 2735
ACWORTH, GA 30102

SUGHRUE, MION, ZINN, MACPEAK ,
2100 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037-7060


SunTrust Bank
c/o David W. Cranshaw
3343 Peachtree Rd. NE #1600
Atlanta, GA 30326


SUPER U BAGS
1986 TUCKER IND RD
TUCKER, GA 30084


SUWANNEE  SALES
5528 BUNKY WY
DUNWOODY, GA 30338


SYNTHETIC LUBRICANT & FILTERS
7401 UNIVERSITY DR
SHREVEPORT, LA 71105


TACONIC
136 COONBROOK RD
PO BOX 69
PETERSBURGH, NY 12138


TALLEY, RICHARDSON & CABLE. PA
367 W. MEMORIAL DR
DALLAS, TX 30132


TEAMWORK SYSTEMS
155 WESTRIDGE PKWY, STE 114
MCDONOUGH, GA 30253


TEGRANT SONOCO
8165 COBB CENTER DR
KENNESAW, GA 30152

TELECOM BUSINESS SERVICES
1200 ABERNATHY RD, STE 1700
ATLANTA, GA 30328


TELEPHONETICS
PO BOX 116766
ATLANTA, GA 30368-6766


TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BLDG
500 DEADERICK ST
NASHVILLE, Tn 37242


TEXAS STATE COMPTROLLER
PO BOX 149359
AUSTIN, TX 78714-9359


THE C.F. SAUER COMPANY
ATTN ANDREA C
2000 W. BROAD ST
RICHMOND, VA 23220


THERMO KING SVC, INC.
15816 COLLECTIONS CENTER DR
CHICAGO, IL 60693


THYMLY PRODUCTS INC.
PO BOX 65
COLORA, MD 21917


TIME WARNER CABLE
PO BOX 70873
CHARLOTTE, NC 28272-0873


TOLUCA FOODS INC.
987 SAMPLER WY
EAST POINT, GA 30344

U.S. Attorney General
Main Justice Building
10th and Constitution Ave., NW
Washington, DC 20530


U.S. Atty/Civil Process Clerk
600 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303


UNIQUE MANUFACTURING
1050 CORPORATE AVE, STE 108
NORTH POINT, FL 34289


UNISOURCE INC.
7472 COLELCTIONS CENTER DR
CHICAGO, IL 60693


VA & F FINANCIAL, INC.
6430 E. 75TH ST
INDIANAPOLIS, IN 46250


VAN AUSDALL AND FARRAR, INC
PO BOX 713683
CINCINNATI, OH 45271-3683


VANDERBURGH TREASURER
CIVIC CENTER COMPLEX
1 N.W. MLK JR. BLVD
EVANSVILLE, IN 47708-1833


VECTREN USE THIS ACCOUNT
PO BOX 6250
INDIANAPOLIS, IN 46206-6250


VIDEOJET TECHNOLOGIES
1500 MITTEL BLVD
WOODDAFE, IL 60191

```
VILORE FOOD COMPANY, INC.
1200 ARLINGTON HEIGHTS RD
SUITE 410
ITASCA, IL 60143


VIRGINIA DEPT OF TAXATION
PO BOX 1115
RICHMOND, VA 23218-1115


W.S. PHARR & COMPANY
PO BOX 725269
2849 PACES FERRY RD, STE 630
ATLANTA, GA 31139


WASTE MANAGMENT
PO BOX 105453
ATLANTA, GA 30348-5453


Windstream
600 WillowBrook Office Park
Fairport, NY 14450


WINDSTREAM
PO BOX 9001950
LOUISVILLE, KY 40290-1950


Windstream Communications
301 N. Main St. #5000
Greenville, SC 29601-2153


WISCONSIN DEPT OF REVENUE
PO BOX 8902
2135 RIMROCK RD
MADISON, W 53703-8902


WOW
PO BOX 630742
CINCINNATI, OH 45263-0742
```

WRIGHT COUNTY EGG
PO BOX 303
CLARION, IA 50526


WRIGHT EXPRESS
PO BOX 6293
CAROL STREAM, IL 60197-6293


XTRA LEASE
1800 WATER PL, STE 200
ATLANTA, GA 30339


ZEACOM, INC.
ATTN PAYMENTS DEPT
18022 COWAN, STE 110
IRVINE, CA 92614

FSI
PO BOX 61428
RALEIGH, NC 27661


G & I INDUSTRIES, INC
PO BOX 1262
BALDWIN PARK, CA 91706


GARLAND C NORRIS CO.
1101 PERRY RD
APEX, NC 27502


GAS SOUTH
PO BOX 550552
ATLANTA, GA 30353-0552


GC INGREDIENTS INC.
1314 OAK LEAF LN
SALISBURG, NC 28146


GE CAPITAL 7728838-001
PO BOX 740441
ATLANTA, GA 30374-0441


GEORGIA DEP. OF AGRICULTURE
19 MLK JR. DR, RM 306
ATLANTA, GA 30334


Georgia Dept of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321


GEORGIA DEPT OF REVENUE
1800 CENTURY BLVD
ATLANTA, GA 30345

GNRR (MISC)
109 MARR AVE
MARIETTA, GA 30060


GORRIE &REGAN
2927 CENTRAL AVE.
BIRMINGHAM, AL 35209


GULF PACKAGING, LLC
158 AMERICAN WY
MADISON, MS 39110


GW EQUIPMENT, INC.
600 LAWTON RD
CHARLOTTE, NC 28216-3437


H & B INDUSTRIES, INC.
PO BOX 29838
DALLAS, TX 75229


HIRZEL CANNING CO
411 LEMOYNE RD
.
TOLEDO, OH 43619


HLB GROSS COLLINS, INC.
3330 CUMBERLAND BLVD, STE 900
ATLANTA, GA 30339


HOGAN MOTOR LEASING, INC.
1000 N. 14 ST
STLOUIS, MO 63106


HOME CITY ICE
650 DIVISION ST
EVANSVILLE, IN 47711

HOT MEXICAN PEPPER, INC
2215 W. 47TH ST
CHICAGO, IL 60609


ILLINOIS DEPT OF REVENUE
PO BOX 19013
SPRINGFIELD, IL 62794-9013


IN STATE CENTRAL COLLECTIONS UNIT
PO BOX 6219
INDIANAPOLIS, IN 46206-6219


INDIANA DEPT OF REVENUE
PO BOX 7206
INDIANAPOLIS, IN 46207-7206


INDUSTRIAL PACKAGING CORP
300 VILLANOVA DR SW
ATLANTA, GA 30336


INDUSTRIAL TAPE & SUPPLY CO.
1061 KING IND DR
MARIETTA, GA 30062


INSTANTWHIP-INDIANAPOLIS INC
9125 BURK RD
INDIANAPOLIS, IN 46229


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St.
Stop-334D
Atlanta, GA 30308

INTERNATIONAL GOURMET
6030 BETHELVIEW RD, STE 203
CUMMING, GA 30040


IOWA DEPT OF REVENUE
PO BOX 10412
DESMOINES, IA 30506-0465


IPFS CORPORATION GAA-59228
PO BOX 905849
CHARLOTTE, NC 28290-5849


J T IMPORTS, INC.
3900 GREEN IND WY
CHAMBLEE, GA 30341


JC FORD
901 LESLIE ST
LA HABRA, CA 90631-6812


JEM SALES INCORPORATED
PO BOX 1634
ROME, GA 30162-1634


JERRY ADLER COMPANY
1199 OXFORD CT
HIGHLAND PARK, IL 80035


JOHN HANCKOCK LIFE INSURANCE
SPECIALTY PRODUCT DIST
PO BOX 192
BOSTON, MA 02117-0192


JOHNSON COUNTY PUBLIC UTILITIE
PO BOX 63025
CHARLOTTE, NC 28263-3025

JOHNSTON COUNTY TAX COLLECTOR
PO BOX 451
SMITHFIELD, NC 27577-0451


Johnston Cty Dept Public Utili
PO Box 2234
309 E. Market St.
Smithfield, NC 27577


KAISER PERMANENTE
PO BOX 403012
ATLANTA, GA 30384-3012


KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA, KS 66625-2007


KAUFFMAN TIRE
2832 ANVIL BLOCK RD
ELLENWOOD, GA 30294


KB SYSTEMS
90 JACKTOWN RD
BANGOR, PA 18013


KENTUCKY DEPT OF REVENUE
SALES DIV/USE TAX, STATION 67
PO BOX 181
FRANKFORT, KY 40602-0181


KONICA MINOLTA BUSINESS SOLUTI
21146 NETWORK PL
CHICAGO, IL 60673-1211


KOORSEN PROTECTION SERVICES
2719 N. ARLINGTON AVE
INDIANAPOLIS, IN 46218-3322

LA COSECHA
1123 COBB PKWY S
MARIETTA, GA 30060


LA FORTUNA CASH AND CARRY
4666 LAKE MIRROR PL
FOREST PARK, GA 30297


LA LECHONERA PRODUCTS
2161-N.W. 22 CT
MIAMI, FL 33142


LA MORENA DISTRIBUTORS INC
EIDSON RD/OLMO ST
PO BOX 783
EAGLE PASS, TX 78852


LA PIEDAD SUPERMERCADO
6501 HWY 92, STE 100
ACWORTH, GA 30102


LA TORTILLERIA, INC.
617 WAUGHTOWN ST
WINSTON SALEM, NC 27107


LABEL LINE LTD
5356 NC HWY 49 SOUTH
ASHEBORO, NC 27205


LASCO FOODS, INC.
4553 GUSTINE AVE
ST LOUIS, MO 63116


LEO'S FOODS
3200 NORTHERN CROSS BLVD
FORT WORTH, TX 76137

```
LIMESTONE COUNTY
CLINTON ST COURT HOUSE ANNEX
100 S. CLINTON-1ST FL, STE A
ATHENS, AL 35611


LORD'S
PO BOX 1000
DEXTER, GA 31019


LOS AMIGOS TORTILLA MFG, INC.
251 ARMOUR DR, NE
ATLANTA, GA 30324-3979


LOUISIANA DEPT OF REVENUE
PO BOX 3138
BATON ROUGE, LA 70821-3138


MAC SOURCE
101 GREAT SW PKWY
ATLANTA, GA 30336


MAGNATEC INDUSTRIES
100 AARONWOOD CT
ALPHARETTA, GA 30004


MAJESTIC WADE GREEN LLC
13191 CROSSROADS PKWY N
6TH FLOOR
CITY OF INDUSTRY, CA 91746


Marietta Power
675 North Marietta Pkwy
Marietta, GA 30060-1528


MARIETTA POWER 17545
675 N. MARIETTA PKWY
MARIETTA, GA 30060-1528
```

MAYSON'S FOOD PRODUCTS
1200 ALPHA DR
ALPHARETTA, GA 30004


MEDICAL
533 W. COLUMBIA ST
EVASNVILLE, IN 47710-1617


MERCADO HISPANO
6519 WARREN DR
NORCROSS, GA 30093


MET LIFE- GROUP BENEFITS
PO BOX 804466
KANSAK CITY, MO 64180-4466


METAUGUS, INC.
3570 LEE CHAPEL RD
CEDARTOWN, GA 30125


METRO BAGS LLC
1150 COBB INTL PL, STE A
KENNESAW, GA 30152


MEXILINK INCORPORATED
11767 KATY FREEWAY, STE 1040
HOUSTON, TX 77079


MI PUEBLO FOOD SERVICE
68 N. GALE ST, STE E
INDIANAPOLIS, IN 46201


MICHIGAN DEPT OF TREASURY
DEPT 77003
DETROIT, MI 48277-0003

MINNESOTA DEPT OF REVENUE
600 N. ROBERT ST
ST PAUL, MN 55101


MINSA CORPORATION
4401 82ND ST, STE 1150
LUBBOCK, TX 79424


MISSISSIPPI DEPT OF REVENUE
PO BOX 22808
JACKSON, MS 39225-2808


MISSOURI DEPT OF REVENUE
PO BOX 3345
JEFFERSON CITY, MO 65105-3345


MORGAN COUNTY
PO BOX 1848
DECATUR, AL 35602


NEBRASKA DEPT OF REVENUE
301 CENTENNIAL MALL S, 2ND FL
PO BOX 94818
LINCOLN, NE 68509-4818


NEXAIR
PO BOX 125
MEMPHIS, TN 38101-0125


NEXTCARE
2550 N. THUNDERBIRD CIR
SUITE 123
MESA, AR 82515-1217


NISSAN MOTOR ACCEPTANCE CORP
PO BOX 660083
DALLAS, TX 75266-0083

NMHG FINANCIAL
PO BOX 643749
PITTSBURGH, PA 15264-3749


NONG SHIM AMERICA, INC.
38 BROADWAY RD
CRANDBURY, NJ 08512


NORTH CAROLINA DEPT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0002


NY STATE DEPT OF TAXATION & FINANCE
PO BOX 5300
ALBANY, NY 12205-0300


OCUPATIONAL HEALTH CENTERS OF
PO BOX 82730
HAPEVILLE, GA 30354


OGDEN FORKLIFTS
PO BOX 43606
ATLANTA, GA 30336


OHIO DEPT OF TAXATION
PO BOX 16560
COLUMBUS, OH 43216-6560


OKLAHOMA TAX COMMISSION
PO BOX 26850
OKLAHOMA CITY, OK 73126-0850


ORMANDY INC.
PO BOX 931593
NORCROSS, GA 30003-1593

ORTHODOX UNION (MISC)
11 BROADWAY
NEW YORK, NY 10004


PACIFIC BLOOMS OF FLORIDA
8305 NW 27TH ST
DORAL, FL 33122


PACIFIC LIFE
PO BOX 2030
OMAHA, NE 68103-2030


PACKAGING ATLANTA
291 N. IND WY
CANTON, GA 30115


PACKAGING CORP OF AMERICA
PO BOX 532058
ATLANTA, GA 30353


PADILLA IMPORT SALES & MARKETI
2198 EDISON RD
EAGLE PASS, TX 78852


PALACIOS & SON'S L.L.C.
PO BOX 2705
SAN ANTONIO, TX 78299


PC MALL
FILE 55327
LOS ANGELES, CA 90074-5327


PEMCO
PO BOX 641
LITHONIA, GA 30058-0641

PENNSYLVANIA DEPT OF REVENUE
44 E BROAD ST
BETHLEHEM, PA 18018


PENSKE GA NEW ACCNT.
3011 BARRET LAKES BLVD
KENNESSAW, GA 30144


PFG MILTON'S
3501 OLD OAKWOOD RD
OAKWOOD, GA 30566


PHENIX SPECIALTY FILMS
PO BOX 15452
FERNANDINA BCH, FL 32035


PITNEY BOWES
PO BOX 856390
LOUISVILLE, KY 40285-6390


PREMIER SCALES & SYSTEMS
PO BOX 6258
EVANSVILLE, IN 47719


PRIME INGREDIENTS, INC.
280 N. MIDLAND AVE, STE 316
SADDLE BROOKS, NJ 07663


PRINTPACK
PO BOX 102430
ATLANTA, GA 30368


PRO PACK SOLUTIONS, INC.
PO BOX 370
LOGANVILLE, GA 30052

Progress Energy Carolinas
Raleigh, NC 27698-0001


PROGRESS ENERGY CAROLINAS
PO BOX 2041
RALEIGH, NC 27602


QUAKER
QUAKER SALES & DIST
PO BOX 644943
PITTSBURGH, PA 15264-4926


RAINBOW CITY
3700 RAINBOW DR
RAINBOW CITY, AL 35906


RALEY IND SALES
6063 PEACHTREE PKWY, STE 102-B
NORCROSS, GA 30092-3302


RED GOLD INC.
PO BOX 71862
CHICAGO, IL 60694-1862


REGIONS BANK
PO BOX 11407
BIRMINHAM, AL 35246-0019


Regions Bank
6636 Church Street
Douglasville, GA 30134


Regions Equipment Finance Corp
1900 5th Ave N, PO Box 2545
Mailcode ALBH12401B
Birmingham, AL 35202

RENTCO TRAILER SERVICES, LLC
2807 SABLE MILL LN
JEFFERSONVILLE, IN 47130


REPUBLIC SERVICES 2721736
PO BOX 9001099
LOUISVILLE, KY 40290-1099


RESTAURANT DEPOT
1455 ELLSWORTH IND BLVD
ATLANTA, GA 30318-4156


RICKS EQUIPMENT REPAIR
PO BOX 357
WILSON'S MILLS, NC 27593


RIGO'S SHEET METAL
14501 JOANBRIDGE ST
BALDWINPARK, CA 91706


RINDT-MCDUFF ASSOCIATES
334 CHEROKEE ST
MARIETTA, GA 30060


ROCK TENN
4464 S. OLD PEACHTREE RD
NORCROSS, GA 30071


ROGERSVILLE CITY
74 BANK ST
ROGERSVILLE, AL 35652-7609


ROSARIO REYES
3867 CLUB DR
KENNESAW, GA 30144

ROVEY SEED COMPANY, INC.
1157 ROVEY AVE
FARMERSVILLE, IL 63533


RUSKEN PACKAGING, INC.
64 WALNUT ST
CULLMAN, AL 35056


SALAZAR TRUCKING INC
3914 MOUNTAIN VIEW RD NW
KENNESAW, GA 30152


SAN MIGUEL, INC.  (MISC)
1018-C MORRISVILLE PKWY
MORRISVILLE, NC 27560


SCANA ENERGY
PO BOX 100157
COLUMBIA, SC 29202-3157


SIKES PAPER & CHEMICAL SUPPLY
PO BOX 43803
ATLANTA, GA 30336


SILLIKER, INC.
2169 WEST PARK CT, STE G
STONE MOUNTAIN, GA 30087


SIMMONS LIFT LLC.
PO BOX 669848
MARIETTA, GA 30066


SNEAD MOBILE
42985 ALABAMA 75
ALTOONA, AL 35952

```
SOS STANDARD OFFICE SYSTEMS
2475 MEADOWBROOK PKWY
DULUTH, GA 30096


SOUTH CAROLINA DEPT OF REVENUE
PO BOX 125
COLUMBIA, SC 29214


SOUTHEASTER PAPER GROUP
PO BOX 890673
CHARLOTTE, NC 28289-0673


SOUTHERN INDIANA BODY WORKS
5716 BOONVILLE HWY
EVANSVILLE, IN 47715


SOUTO FOODS, LLC.
3000 OLD ALABAMA RD
STE 119-154
ALPHARETTA, GA 30022


SPECIALTY FOODS DIST INC.
3232 ENTERPRISE AVE
JOPLIN, MO 64801


SPICES USA, INC.
741 W. 17TH ST
HIALEAH, FL 33010


SPRINT 571657819
PO BOX 4181
CAROL STREAM, IL 60197-4181


ST MARYS OCCUPATIONAL MEDICI
2330 LYNCH RD
ATTN BILING DEPT.
EVANSVILLE, IN 47711-2591
```

STANDARD COFFEE SERVICE CO.
PO BOX 952748
ST LOUIS, MO 63195-2748


STATE OF ARKANSAS
PO BOX 3566
LITTLEROCK, AR 72203-3566


STATE OF WEST VIRGINIA
STATE TAX DEPT
PO BOX 3784
CHARLESTON, WV 25337-3784


STEVE HARGIS
1199 CRANTOCK RD
SMITHFIELD, NC 27577


STRATAS FOODS LLC
1610 CENTURY CENTER PKWY
SUITE 105
MEMPHIS, TN 38134


STRECHFILM PLUS CORP.
PO BOX 2735
ACWORTH, GA 30102


SUGHRUE, MION, ZINN, MACPEAK ,
2100 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037-7060


SunTrust Bank
c/o David W. Cranshaw
3343 Peachtree Rd. NE #1600
Atlanta, GA 30326


SUPER U BAGS
1986 TUCKER IND RD
TUCKER, GA 30084

SUWANNEE   SALES
5528 BUNKY WY
DUNWOODY, GA 30338


SYNTHETIC LUBRICANT & FILTERS
7401 UNIVERSITY DR
SHREVEPORT, LA 71105


TACONIC
136 COONBROOK RD
PO BOX 69
PETERSBURGH, NY 12138


TALLEY, RICHARDSON & CABLE. PA
367 W. MEMORIAL DR
DALLAS, TX 30132


TEAMWORK SYSTEMS
155 WESTRIDGE PKWY, STE 114
MCDONOUGH, GA 30253


TEGRANT SONOCO
8165 COBB CENTER DR
KENNESAW, GA 30152


TELECOM BUSINESS SERVICES
1200 ABERNATHY RD, STE 1700
ATLANTA, GA 30328


TELEPHONETICS
PO BOX 116766
ATLANTA, GA 30368-6766


TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BLDG
500 DEADERICK ST
NASHVILLE, Tn 37242

```
TEXAS STATE COMPTROLLER
PO BOX 149359
AUSTIN, TX 78714-9359



THE C.F. SAUER COMPANY
ATTN ANDREA C
2000 W. BROAD ST
RICHMOND, VA 23220



THERMO KING SVC, INC.
15816 COLLECTIONS CENTER DR
CHICAGO, IL 60693



THYMLY PRODUCTS INC.
PO BOX 65
COLORA, MD 21917



TIME WARNER CABLE
PO BOX 70873
CHARLOTTE, NC 28272-0873



TOLUCA FOODS INC.
987 SAMPLER WY
EAST POINT, GA 30344



U.S. Attorney General
Main Justice Building
10th and Constitution Ave., NW
Washington, DC 20530



U.S. Atty/Civil Process Clerk
600 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303



UNIQUE MANUFACTURING
1050 CORPORATE AVE, STE 108
NORTH POINT, FL 34289
```

```
UNISOURCE INC.
7472 COLELCTIONS CENTER DR
CHICAGO, IL 60693


VA & F FINANCIAL, INC.
6430 E. 75TH ST
INDIANAPOLIS, IN 46250


VAN AUSDALL AND FARRAR, INC
PO BOX 713683
CINCINNATI, OH 45271-3683


VANDERBURGH TREASURER
CIVIC CENTER COMPLEX
1 N.W. MLK JR. BLVD
EVANSVILLE, IN 47708-1833


VECTREN USE THIS ACCOUNT
PO BOX 6250
INDIANAPOLIS, IN 46206-6250


VIDEOJET TECHNOLOGIES
1500 MITTEL BLVD
WOODDAFE, IL 60191


VILORE FOOD COMPANY, INC.
1200 ARLINGTON HEIGHTS RD
SUITE 410
ITASCA, IL 60143


VIRGINIA DEPT OF TAXATION
PO BOX 1115
RICHMOND, VA 23218-1115


W.S. PHARR & COMPANY
PO BOX 725269
2849 PACES FERRY RD, STE 630
ATLANTA, GA 31139
```

WASTE MANAGMENT
PO BOX 105453
ATLANTA, GA 30348-5453


Windstream
600 WillowBrook Office Park
Fairport, NY 14450


WINDSTREAM
PO BOX 9001950
LOUISVILLE, KY 40290-1950


Windstream Communications
301 N. Main St. #5000
Greenville, SC 29601-2153


WISCONSIN DEPT OF REVENUE
PO BOX 8902
2135 RIMROCK RD
MADISON, W 53703-8902


WOW
PO BOX 630742
CINCINNATI, OH 45263-0742


WRIGHT COUNTY EGG
PO BOX 303
CLARION, IA 50526


WRIGHT EXPRESS
PO BOX 6293
CAROL STREAM, IL 60197-6293


XTRA LEASE
1800 WATER PL, STE 200
ATLANTA, GA 30339

ZEACOM, INC.
ATTN PAYMENTS DEPT
18022 COWAN, STE 110
IRVINE, CA 92614